## BROWN v. THOMPSON, *Treasurer.*

No. 4314. Opinion Filed May 18, 1915.

(149 Pac. 122.)

**APPEAL AND ERROR—Failure to File Brief—Dismissal.** Where plaintiff in error fails and neglects to file brief, as required by rule 7 of this court (38 Okla. vi, 137 ac. ix), the appeal will be dismissed for want of prosecution.

*Error from District Court, Cherokee County;*

*John H. Pitchford, Judge.*

Action between W. H. S. Brown and J. P. Thompson, Treasurer. From the judgment, Brown brings error. Dismissed.

*J. I. Coursey,* for plaintiff in error.

*Houston B. Teehee,* for defendant in error.

DEVEREUX, C. This proceeding in error was docketed in this court on August 28, 1912, and was duly assigned and submitted on April 19, 1915. On that day, on the application of the plaintiff in error, 15 days were allowed the plaintiff in error to

file briefs. This time has more than expired, and no briefs have been filed herein. Under the authority of *Turner Hardware Co. v. John Deere Plow Co.*, 39 Okla. 638, 136 Pac. 417, the appeal will be dismissed for want of prosecution.

We therefore recommend that this appeal be dismissed.

By the Court: It is so ordered.